UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No: 2:18-cv-416-FtM-99MRM

NAVTECH US SURVEYORS USSA INC.,
NAVTECH US CAPTAIN SURVEYORS,
INC. and NAVTECH CAPTAIN US
SURVEYORS LLC, a Florida corporation,

        Plaintiffs,

v.

BOAT/U.S., INC.,

        Defendant.
_____/

**NOTICE OF COMPLIANCE WITH COURT ORDER DATED JUNE 19, 2018**

      Robert Phaneuf, hereby files his notice of compliance with the Order ("In Re: Compliance with Local Rule 2.01(d)") ordered upon the undersigned on or about June 19, 2018, requiring undersigned to:

(1) Sign up for CM/ECF (www.flmd.uscourts.gov) under the CM/ECF Heading;
(2) Register for a CM/ECF login and password; and
(3) Electronically file a notice of compliance within 14 days of the above-referenced order
(4) Attorney further certifies he sent a copy of the order to the client and promptly thereafter hereby files certification with the Court that it has been done.

/s/ *Robert B. H. Phaneuf, Esq.*

Robert B. H. Phaneuf

3585 Deer Creek Palladian Circle

Deerfield Beach, Florida

33442

Florida Bar Number 123360

Phone Number (305) 890-0296

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 29, 2018, a true and correct copy of the foregoing notice has been served through the CM/ECF system to all registered CM/ECF recipients.

/s/ *Robert B. H. Phaneuf, Esq.*

Robert B. H. Phaneuf