IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

NAVTECH US SURVEYORS USSA INC.,
a Florida Corporation, as successor to
NAVTECH US CAPTAIN US SURVEYORS,
INC., a Florida Corporation; NAVTECH US
CAPTAIN US SURVEYORS LLC,
a Delaware Corporation, D/B/A "NAVTECH"

CASE NO.: 2:18-CV-00416-FtM-MRM

        Plaintiff,

vs.

BOAT/U.S., INC. A/K/A "
Boat America Corporation,"
a foreign corporation,

        Defendant.

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

     In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**    IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

            *NAVTECH US SURVEYORS USSA INC., a Florida Corporation as successor to NAVTECH US CAPTAIN US SURVEYORS, INC., a Florida Corporation; NAVTECH US CAPTAIN US SURVEYORS, LLC, a Delaware corporation vs. BOAT/U.S., INC., a foreign corporation,* in and for Lee County, Florida, Case No. 2018-CA-001869 (instant case, which was removed to this court)

        IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated:   July 2, 2018

Respectfully submitted,

*s/ Sally R. Culley*

LORI J. CALDWELL
Florida Bar No.:  0268674
E-mail:  lcaldwell@rumberger.com
SALLY ROGERS CULLEY
Florida Bar No.:  0095060
E-mail:  sculley@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
P.O. Box 1873
Orlando, Florida 32802-1873
Tel:  407.872.7300
Fax:  407.841.2133
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  **Robert Phaneuf, Esq.** at Robbie.phaneuf@gmail.com.

*s/ Sally R. Culley*

LORI J. CALDWELL
Florida Bar No.:  0268674
E-mail:  lcaldwell@rumberger.com
SALLY ROGERS CULLEY
Florida Bar No.:  0095060
E-mail:  sculley@rumberger.com
RUMBERGER, KIRK, & CALDWELL, P.A.
P.O. Box 1873
Orlando, Florida 32802-1873
Tel:  407.872.7300
Fax:  407.841.2133
Attorneys for Defendant